UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Antoine Eggleston, | File No. 21-cv-01643 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Birkholz, *Warden of Federal Prison Camp Duluth; In there official capacities*, and Michael Carvajal, *Director of the Federal Bureau of Prisons; In there official capacities*, | |
| Defendants. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on September 24, 2021. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**; and

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 3, 2021      s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court